## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2007

GREGORY C. LANGHAM
CLERK

LAWRENCE P. HANDY,

Petitioner,

v.

JAMES ABOTT, CTCF DOC Facility; ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

No. 04-1204

04-cv-00816-ZLW

### ORDER

Filed July 1, 2004

Before **KELLY, MURPHY,** and **TYMKOVICH,** Circuit Judges.

The motion by Lawrence P. Handy under the Antiterrorism and Effective Death Penalty Act (AEDPA) for authorization to file a second or successive 28 U.S.C. § 2254 is **DENIED.**

Mr. Handy has failed to show that his three claims are based on a new rule of constitutional law made retroactive to cases on collateral review by the United States Supreme Court that was previously unavailable, *see* 28 U.S.C. § 2244(b)(2)(A), or establish that the factual predicate for these claims could not have been discovered

previously through the exercise of due diligence, *see* § 2244(b)(2)(B). The matter is **DISMISSED**.

This order "shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." 28 U.S.C. § 2244(b)(3)(E).

Entered for the Court,
Patrick Fisher, Clerk